IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2024 NOV -7 PM 1:25

Corey James Bailey
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Spartanburg County Jail medical Department Et,al. ; Shanna Peeler, Jennifer Noelly melina Brackles m.A. Blanton

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Corey James Bailey
All other names by which you have been known: ___

ID Number: 225651
Current Institution: Spartanburg County Jail
Address: 950 California Ave
Spartanburg SC 29303

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Shanna Peeler
Job or Title (if known): Medical Supervisor
Shield Number: ___
Employer: Spartanburg County Jail
Address: 950 California Ave
Spartanburg SC 29303

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: Jennifer Neely

2

| | | |
|---|---|---|
| | Job or Title (if known) | Nurse Practitioner/RN |
| | Shield Number | |
| | Employer | Spartanburg County Jail |
| | Address | 950 California Ave |
| | | Spartanburg SC 29303 |
| ☐ Individual capacity | ☑ Official capacity | |

Defendant No. 3

| | | |
|---|---|---|
| | Name | Melina Brackles |
| | Job or Title (if known) | Nurse Practioner/RN |
| | Shield Number | |
| | Employer | Spartanburg County Jail |
| | Address | 950 California Ave |
| | | Spartanburg SC 29303 |
| ☐ Individual capacity | ☑ Official capacity | |

Defendant No. 4

| | | |
|---|---|---|
| | Name | M.A. Blanton |
| | Job or Title (if known) | Nurse practitioner/RN |
| | Shield Number | |
| | Employer | Spartanburg County Jail |
| | Address | 950 California Ave |
| ☐ Individual capacity | ☑ Official capacity | |

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Rights.
Right to medical attention
Right to medical and Dental Attention

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants have denied medical and Dental treatment, causing Cruel and unusual treatment by not providing health care needed

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the Spartanburg County Detention Facility
July 2024

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 2024
Mid-day

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

While eating, a tooth broke exposing a nerve and became abcessed. I filed a request through the mounted kiosk

5

To medical requesting to see a dentist, I was told to see dentist when I'm released. The tooth has became abscessed several (3-4 times) times over the last

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken Tooth exposing Nerve
Absess treated with Antibiotics more than 3 times over a 5 month period
Required to have tooth extracted
Denied Dentist visit
Constant Pain & suffering
Unhealthy Conditions of mouth incured for from denial of Dental treatment

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For the Court to order this facility to give me Dental opportunities to have tooth extracted and Be compesated for Pain and suffering In the Amount of $20,000.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

IV. Statement of Claim
Paragraph D. (page 6)
Continued

5 months (July - November) and I am still denied medical/Dental assistance.

Defendant 1: Shawna Feeler; medical supervisor
Denied request to see dentist; denied medical attention

Defendant 2: Jennifer Neely; nurse practitioner/RN
Denied request to see dentist; denied medical attention

Defendant 3: Melissa Brackles; nurse practitioner/RN

Defendant 4: M.A. Blanton; nurse practitioner/RN

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Spartanburg County detention facility

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   The McDaniel Supply Kiosk

2. What did you claim in your grievance?

   That I broke a tooth eating and it exposed a nerve several times that I became abscessed and was in severe pain

3. What was the result, if any?

   Placed on Antibiotics several times denied DRs and to see dentist, medical neglect Denial of medical assistance

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I grieved and requested the chain of command in the medical Department to the highest level of the grievance process not completed

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    _____
    _____
    _____
    _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____
    _____
    _____
    _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _____
    _____
    _____

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

    3. Docket or index number

_____

    4. Name of Judge assigned to your case

_____

    5. Approximate date of filing lawsuit

_____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

      7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

              _____

              _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        ☐    Yes

        ☑    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit

           Plaintiff(s) _____

           Defendant(s) _____

      2.    Court *(if federal court, name the district; if state court, name the county and State)*

           _____

           _____

      3.    Docket or index number

           _____

      4.    Name of Judge assigned to your case

           _____

      5.    Approximate date of filing lawsuit

           _____

      6.    Is the case still pending?

          ☐    Yes

          ☐    No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 4, 2024

Signature of Plaintiff: *Corey James Bai*
Printed Name of Plaintiff: Corey James Bailey
Prison Identification #: 225650
Prison Address: 950 California Ave
Spartanburg    SC    29303
City    State    Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12

Address        _____
Telephone Number   _____
E-mail Address    _____

13