Corey James Bailey P-3 C-5 B-1
950 California Ave
Spartanburg SC 29303

South Carolina District Court
Clerk's Office
901 Richland Street
Columbia SC 29201